FILED: December 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-299

(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

-----------------------------

MARRIOTT INTERNATIONAL, INC.

         Petitioner

v.

PETER MALDINI; ROGER CULLEN; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO; ERIC FISHON, all proceeding individually and on behalf of all others similarly situated

         Respondents

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Date Petition Filed: | 12/13/2023 |
| Petitioner | Marriott International, Inc. |
| Appellate Case Number | 23-299 |
| Case Manager | Taylor Barton<br>804-916-2702 |