FILED: January 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-299 (L)
(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

-----------------------------

MARRIOTT INTERNATIONAL, INC.
          Petitioner

v.

PETER MALDINI; ROGER CULLEN; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO; ERIC FISHON, all proceeding individually and on behalf of all others similarly situated

          Respondents

-------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA
          Amicus Supporting Petitioner

_____

No. 23-302
(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INCORPORATED

------------------------------

ACCENTURE LLP

      Petitioner

v.

PETER MALDINI; ROGER CULLEN; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; BRENT LONG; DAVID VIGGIANO; ERIC FISHON; ANNEMARIE AMARENA

      Respondents

------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

      Amicus Supporting Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to the petitions of petitioners Marriott International Incorporated and Accenture LLP for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f), the court grants the petitions.

These cases are transferred to the regular docket and assigned docket numbers 24-1064 and 24-1065. The record shall be retained in the court below unless requested by this court.

Upon consideration of petitioners Marriott International, Incorporated and Accenture LLP's motions for leave to file a reply in Support of Rule 23(f) Petition, the court grants the motions.

A copy of this order shall be sent to the clerk of the district court.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk